Davis Dresser, Appellant, *v.* William Morrow and Company, Inc., et al., Respondents.

Argued May 20, 1952; decided June 5, 1952.

*Eleazar Lipsky* and *Oswald Vischi* for appellant.
*Frederick M. Schlater* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.